UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| KASSIM TAJIDEEN, : | |
| also known as : | |
| HAJ KASSIM, BIG HAJ, BIG BOSS, : | Case No.   17-CR-00046 (RBW) |
| QASIM TAJIDEEN, QASSIM TAJIDEEN, : | |
| KASSEM TAJIDEEN, KASSIM TAJ ALDINE, : | |
| KASSIM TAJ ALDIN, KASSIM TAJ AL-DIN, : | |
| KASSIM TAJ AL-DINE, and : | |
| KASSIM TAJADIN, : | |
| : | |
| Defendant. : | |

## NOTICE OF CLASSIFIED FILING

The United States of America, by and through its undersigned counsel, hereby provides notice that it submitted to the Court on December 8, 2017, through the Classified Information Security Officer, an *Ex-Parte* Supplement to the Government's CIPA Section 4 motion.  The document is not available for public viewing and was submitted to the Court under seal.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____/s/_____
Maia L. Miller VA Bar No. 73221
Thomas A. Gillice D.C. Bar No. 452336
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
Maia.miller@usdoj.gov
Miller: (202) 252-6737
Gillice: (202) 252-1791
thomas.gillice@usdoj.gov