AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cr-0046-RBW |
| KASSIM TAJIDEEN and IMAD HASSOUN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KASSIM TAJIDEEN                                                                                                      .

Date:       03/30/2018

/s/ WILLIAM J. MURPHY
*Attorney's signature*

WILLIAM J. MURPHY
*Printed name and bar number*

ZUCKERMAN SPAEDER LLP
100 E. PRATT STREET, SUITE 2440
BALTIMORE, MARYLAND  21202
*Address*

wmurphy@zuckerman.com
*E-mail address*

(410) 949-1146
*Telephone number*

(410) 659-0436
*FAX number*