**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**UNITED STATES OF AMERICA**          )
                                                    )
      **v.**                                        )          **Criminal No.  1:17-cr-0046-RBW**
                                                    )
**KASSIM TAJIDEEN,**                       )
                                                    )
         **Defendant.**                      )
_____)

## SECOND JOINT MOTION TO CONTINUE SENTENCING DATE

This matter is currently scheduled for sentencing on February 26, 2019. A condition of the plea agreement requires the defendant to make a substantial forfeiture payment on or before the date of sentencing. ECF 215, at 11. The parties recognized that assembling and transferring the funds for the forfeiture payment would be subject to various potential complications and that the funds might not be available by the initial sentencing date. Accordingly, the plea agreement provides for a 180 day window for transferring the funds (which defendant calculates to terminate on June 4, 2019), and states that "if banking issues prevent funds from being transferred by the date scheduled for sentencing, the parties will jointly request a delay in the scheduled sentencing date." *Id.* at 11-12.

The Court previously granted an extension of the sentencing date. ECF 223. During the extended period, defendant and his counsel have continued working on assembling and transferring the forfeiture amount. Defense counsel understands that defendant has access to assets, some of which are held in real estate, that are more than sufficient to cover the forfeiture amount. The chief problem, defense counsel understands, is that the existing OFAC restrictions and other U.S. policies make Lebanon banks highly reluctant to assist defendant or his family in significant transactions, even with an OFAC license. One of defendant's U.S. lawyers traveled to

Lebanon in January to meet with defendant's family members and others who may be able to assist. A Lebanese-based lawyer for defendant is scheduled to meet with an official of the Lebanon Central Bank on February 26. And defense counsel are currently attempting to work with government counsel to overcome the banking issues that have arisen in Lebanon.

The funds will not be available by February 26, 2019, however, and the government has agreed to join in this second motion for continuance of the sentencing, in accordance with the plea agreement. (Defendant remains incarcerated, so extending the sentencing date does not benefit him.)

Accordingly, the parties jointly request that the Court continue the sentencing by approximately 30-45 days, and that the Court reset the sentencing to an available date in the period between March 26, 2019, to April 8, 2019.[1] A proposed order is attached.

---

[1] Undersigned counsel (John Connolly) will coordinate with government counsel to arrange an available date for all counsel, if the Court provides available dates.

Dated: February 21, 2019

JESSIE K. LIU (D.C. Bar No. 472845)
United States Attorney

By:  /s/ *Thomas A. Gillice*

Luke M. Jones, VA Bar #75053
Thomas A. Gillice, D.C. Bar #452336
Karen P. Seifert, NY Bar #4742342
Assistant United States Attorneys
Jacqueline L. Barkett, NY Bar #5424916
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C.  20530
(202) 252-1791
luke.jones@usdoj.gov
thomas.gillice@usdoj.gov
karen.seifert@usdoj.gov
jacqueline.l.barkett@usdoj.gov

DEBORAH CONNOR, CHIEF

By:  /s/

Joseph Palazzo, MA Bar #669666
Trial Attorney
Money Laundering and Asset Recovery
Section, Criminal Division
United States Department of Justice
1400 New York Avenue NW, 10th Floor
Washington, D.C.  20005
(202) 514-1263
joseph.palazzo@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By: /s/ *John J. Connolly*

William W. Taylor, III (D.C. Bar No. 84194)
Eric R. Delinsky (D.C. Bar No. 460958)
Steven N. Herman (D.C. Bar No. 987250)
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: wtaylor@zuckerman.com

William J. Murphy (D.C. Bar No. 350371)
John J. Connolly (D.C. Bar No. 495388)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
E-mail: wmurphy@zuckerman.com

*Attorneys for Defendant Kassim Tajideen*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

/s/ *John J. Connolly*_____
John J. Connolly