**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 1:17-cr-0046-RBW |
| **KASSIM TAJIDEEN,** | ) ) ) | |
| **Defendant.** | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Second Joint Motion to Continue Sentencing Date, it is hereby

**ORDERED** that the motion is **GRANTED**. It is

**FURTHER ORDERED** that the sentencing hearing currently scheduled for February 26, 2019 is continued until the _____ day of _____, 2019, at _____.

SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Reggie B. Walton
United States District Judge