NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.   Criminal Number  17-cr-00046

Imad Hassoun
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Jonathan Jeffress (479074)
*(Attorney & Bar ID Number)*

KaiserDillon PLLC
*(Firm Name)*

1099 14th Street NW, 8th Floor West
*(Street Address)*

Washington, DC        20005
*(City)        (State)        (Zip)*

(202) 640-2850
*(Telephone Number)*