## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 1:17-CR-00046 (RBW) |
| IMAD HASSOUN | : |
| | : |
| Defendant. | : |

### CONSENT MOTION SEEKING ENTRY OF A PROTECTIVE ORDER

The United States of America, by and through its undersigned attorneys, respectfully requests that the Court enter the proposed protective order governing materials to be provided to defense counsel prior to the defendant's arraignment.[1] Counsel for the defendant has indicated that he consents to the proposed order. The parties agree that the neither the entry of the proposed Order, nor the provision of materials to defense counsel by the United States prior to the defendant's arraignment creates any new right of the defendant or obligation on behalf of the government to discovery materials under Federal Criminal Rule 16 or any other Rule, law or regulation.

                                                                                 Respectfully submitted,

                                                                                 TIMOTHY SHEA
                                                                                 United States Attorney

                                 By:                /S/
                                               Thomas A. Gillice, DC Bar #452336
                                             Assistant United States Attorney
                                             National Security Section
                                             United States Attorney's Office
                                             555 4th Street, N.W.
                                             Washington, D.C.  20530
                                             (202) 252-1791
                                             thomas.gillice@usdoj.gov
                                             And

---

[1] The Defendant remains at large at this time.

            DEBORAH CONNOR
            Chief

     By:     /S/
            Joseph Palazzo, MA Bar #669666
            Trial Attorney
            Money Laundering and Asset Recovery
              Section, Criminal Division
            United States Department of Justice
            1400 New York Avenue, N.W., 10th Floor
            Washington, D.C. 20005
            (202) 514-1263
            joseph.palazzo@usdoj.gov

Dated: March 2, 2020