UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>IMAD HASSOUN,   )<br>)<br>Defendant.   ) | Criminal Action No. 17-46-2 (RBW) |

## ORDER

Upon consideration of the government's Consent Motion Seeking Entry of a Protective Order, and for good cause shown, it is hereby

**ORDERED** that the government's Consent Motion Seeking Entry of a Protective Order, ECF No. 255, is **GRANTED**.

**SO ORDERED** this 2nd day of March, 2020.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge